# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MARY AMADOR, et al., | ) Case No. CV 10-01649 SVW (JEMx) |
|---|---|
| Plaintiffs, | ) Honorable Stephen V. Wilson |
| vs. | ) **ORDER CONTINUING THE JANUARY 22, 2018 STATUS CONFERENCE BASED ON FURTHER MEDIATION** |
| SHERIFF LEROY D. BACA, etc., et al., | ) Date: January 22, 2018<br>) Time: 1:30 p.m.<br>) Crtm: 10A |
| Defendants. | ) |

The Parties in this action having stipulated and good cause appearing:

IT IS HEREBY ORDERED that:

///

///

///

1

The status quo of this case shall be maintained and the January 22, 2018, Further Status Conference shall be continued to April 9, 2018 at 1:30 p.m.

Dated: January 18, 2018

_____
Honorable Stephen V. Wilson
United States District Court Judge