ANDREW BAUM - State Bar No. 190397
abaum@glaserweil.com
GLASER WEIL FINK HOWARD
 AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Defendants
(Other counsel not listed)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY AMADOR, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF LOS ANGELES, *et al.*, <br><br> Defendants. | CASE NO.: CV 10-01649 SVW (JEMx) <br><br> [Hon. Stephen V. Wilson] <br><br> **JOINT STIPULATION TO CONTINUE THE MARCH 18, 2019 STATUS CONFERENCE BASED ON THE PARTIES' TENTATIVE SETTLEMENT** <br><br> DATE: March 18, 2019 <br> TIME: 1:30 PM <br> COURTROOM: 10A |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD

Plaintiffs and Defendants, by and through their counsel of record, hereby stipulate as follows:

1. A status conference is currently scheduled for March 18, 2019 to address the parties' progress in settlement negotiations.

2. As the Court is aware, on May 30, 2018, counsel for the parties reached a tentative settlement agreement to settle the matter in entirety, subject to finalizing

1    several terms. The parties have now reached an agreement in principle regarding the
2    outstanding terms. While the parties recognize that this has been an unusually
3    lengthy process, there are several issues that have required substantial discussion,
4    and the process has been further complicated by the change in administration in the
5    Los Angeles Sheriff's Department.

6        3.    The parties have extensively negotiated a draft Settlement Agreement
7    and have reached agreement on all but a few terms. The parties hope to finalize their
8    agreement shortly and submit it to the Court for approval.

9        4.    As a result of the forgoing, the parties request that the court continue the
10   status conference currently scheduled for March 18, 2019, to May 20, 2019.

11       5.    The parties assure the Court that they will do all they can to expedite the
12   processing of this settlement. If the process has been completed earlier, and resulted
13   in a settlement, they will immediately advise the Court, and provide a proposed
14   timetable.

DATED: March 8, 2019

Respectfully submitted,

KAYE, MCLANE, BEDNARSKI & LITT LLP


By:   /s/ Barrett S. Litt
     BARRETT S. LITT
      Attorneys for Plaintiffs


DATED: March 8, 2019

GLASER WEIL FINK HOWARD
   AVCHEN & SHAPIRO LLP


By:   /s/ Andrew Baum
     ANDREW BAUM
      Attorneys for Defendants