UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY AMADOR et al., individually and as class representatives<br><br>Plaintiffs,<br><br>vs.<br><br>SHERIFF LEROY D. BACA, individually and in his official capacity, et al,<br><br>Defendants. | Case No. CV 10-1649 SVW ~~(RC)~~ (JEMx)<br>[Hon. Stephen V. Wilson]<br><br>~~[PROPOSED]~~ ORDER RE PLAINTIFFS' STIPULATION FOR A PROTECTIVE ORDER<br><br>Hearing Date: April 6, 2020<br>Hearing Time: 1:30 P.M..<br>Courtroom: 10A |

Plaintiffs' joint stipulation for an order approving the proposed protective order and good cause appearing therefor

IT IS HEREBY ORDERED

That the protective order submitted as Exhibit A to the joint stipulation is hereby approved.

DATED: March 9, 2020

_John E McDermott_
~~STEVEN V. WILSON, Judge~~
~~United States District Court~~
U.S. Magistrate Judge