6/4/2020

FILED
CLERK, U.S. DISTRICT COURT
July 23, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: PMC DEPUTY

Terri Lynn VanLeuvan
22912 Kathryn Ave.
Torrance, CA 90505

Here is some information about case #PRBQC-TL4FM, class action case Amador v Baca CV10-01649 S.V.W.

First of all it seems the 33.33% lawyer(s) fee is a bit steep, or very steep, along with the 18 million in case expenses.

It was horrible while I was in there, (incarcerated in Lynwood, CA).

I am hoping to be compensated for it.

Thank you,
Terri Lynn VanLeuven

6/4/2020

Teri Lynn Van Leuv[en]
22912 Kathryn Ave
Torrance, CA 9050[?]

Here is some information about Case #PRBQC-TL4FM, class action case Amador v Baca CV10-01649 S.V.W.

First of all it seems the 33.33% lawyer(s) fee is a bit steep, or very steep, along with the 18 million in case expenses.

It was horrible while I was in there, (incarcerated in Lynwood, CA).

I am hoping to be compensated for it.

Thank you,

Teri Lynn Van Leuten

punched, strangled inside cell, bugs + scars on buttocks, tied up inside my cell, looked at in shower by guards, not fed etc.

Clerk to Hon. Stephen V. Wilson
First Street Courthouse
350 W. 1st Street
Courtroom 10A
Los Angeles, CA 90012