UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 12 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARY AMADOR; et al.,<br><br>    Plaintiffs-Appellees,<br><br>v.<br><br>LECIA L. SHORTER,<br><br>    Objector-Appellant,<br><br>v.<br><br>LEROY D. BACA, Sheriff, in his official capacity; et al.,<br><br>    Defendants-Appellees. | No. 20-55965<br><br>D.C. No. 2:10-cv-01649-SVW-JEM<br>Central District of California, Los Angeles<br><br>ORDER |

Before: CANBY, GRABER, and FRIEDLAND, Circuit Judges.

Appellees' motion to dismiss this appeal for lack of jurisdiction (Docket Entry No. 3) is granted.

Appellant's motion to proceed in forma pauperis (Docket Entry No. 6) is denied as moot.

**DISMISSED.**

SC/MOATT