**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**





FILED
CLERK, U.S. DISTRICT COURT
MAY 17 2023
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY



Case: 2:10cv1649   Doc: 507

Yvonne Cruz
4734 E 57th St  Apt B
Maywood, CA 90270-4000